*99-735.rr*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-735-CR-UNGARO
Magistrate Judge Brown

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

LORGIO DANILO MORALES,

        Defendant(s).
_____/

## REPORT AND RECOMMENDATION - SUPERVISED RELEASE

**THIS MATTER** is before this Court on the Government's petition to revoke Defendant's supervised release. This Court has considered the petition and all pertinent materials in the file. On March 24, 2008, an evidentiary hearing was scheduled. At the hearing an agreement between the parties was announced.

The request to revoke contained two alleged violations. The Government withdrew violation number 2 and the defendant admitted violation number 1 - an arrest for DUI and reckless driving.

It is therefore respectfully recommended that defendant's supervised release be revoked as to violation number 1, only, and that he be sentenced, as appropriate, on said violation.

The parties have ten (10) days from the date of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Ursula Ungaro, United States District Judge for the Southern District of Florida. Failure to file objections timely shall bar the parties from attacking on appeal the factual findings contained herein. LoConte v.

Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988).

**DONE AND ORDERED** this 24th day of March, 2008, at Miami, Florida.

_____
STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:   Honorable Ursula Ungaro
      counsel of record