UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 99-735-CR-UNGARO

UNITED STATES OF AMERICA,
    Plaintiff,
v.

LORGIO DANILO MORALES,
    Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on the Government's petition to revoke Defendant's supervised release for Warrant or Summons for Offender Under Supervision. (D.E. 86.) The matter was referred to Magistrate Judge Stephen Brown who on March 24, 2008, issued a Report recommending that the Defendant's supervised release be revoked as to violation number one[1], and that he be sentenced, as appropriate, on said violation. (D.E. 98.) The matter is ripe for disposition and no objections to the Magistrate Judge's Report have been filed.

Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, AFFIRMED AND ADOPTED. The Defendant's supervised release is REVOKED on account of violation number one.

---

[1] The Magistrate Judge's Report specifies violation number one as an arrest for DUI and reckless driving.

DONE AND ORDERED in Chambers at Miami, Florida, this _7th__ day of May, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record